March 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WANDA KAY JACKSON, Appellant

NO. 14-12-00592-CR                    V.

NO. 14-12-00593-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. Having considered the records, this Court holds that there was no error in judgments. The Court orders the judgments **AFFIRMED**, and that this decision be certified below for observance.

We order that all costs incurred by reason of these appeals be paid by appellant.